**Order entered March 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01056-CV

## LG CHEM, LTD., Appellant

## V.

## CHRISTOPHER W. TULLIS, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05481**

## ORDER

Before the Court is appellee's March 25, 2022 unopposed motion for an extension of time to file his brief. We **GRANT** the motion and extend the time to **April 13, 2022**.

/s/    KEN MOLBERG
        JUSTICE